ATTORNEY GRIEVANCE COMMISSION    *      IN THE
OF MARYLAND                 *      COURT OF APPEALS

     *      OF MARYLAND

Petitioner,                    *

     *      Misc. AG No.

v.                            *

     *      0002

RICHARD MARK PAVLICK         *

     *

Respondent.                *      September Term, 2015

     *

     *

     *

## ORDER

The Court of Appeals of Maryland, having considered the Joint Petition For Indefinite Suspension By Consent of the Petitioner, Attorney Grievance Commission of Maryland, and the Respondent, Richard Mark Pavlick, Esquire, it is this  31st  day of August, 2015,

**ORDERED**, that Respondent be, and hereby is, Indefinitely Suspended from the practice of law in the State of Maryland with a right to reapply no sooner than sixty (60) days from the effective date of his indefinite suspension for violation of Maryland Lawyers' Rules of Professional Conduct 1.15(a), 8.1(b), 8.4(a), 8.4(d), Maryland Rules 16-606.1, 16-607, and 16-609; and it is further,

**ORDERED**, that Respondent's indefinite suspension shall become effective on September 30, 2015, pending further Order of this court, and it is further,

**ORDERED**, that, the Clerk of this Court shall remove the name of Richard Mark Pavlick, from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 16-772(d).

/s/ Lynne A. Battaglia
Senior Judge